Oscoda Chapter of PBB Action Committee, Inc v Department of Natural Resources. (Docket No. 61403.) Rehearing denied. *James M. Olson* for plaintiffs-appellants. *Frank J. Kelley,* Attorney General, and *Robert A. Derengoski,* Solicitor General, for defendants-appellees. Reported at 403 Mich *ante,* p 215.

Williams and Blair Moody, Jr., JJ., would grant rehearing.


September 29, 1978


Gerzeski v Department of State Highways and Fouchia v Department of State Highways. (Docket Nos. 58322, 58321.) Rehearing denied. *Cicinelli, Mossner, Majoros & Alexander, P.C.,* for plaintiffs-appellants. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Louis J. Caruso* and *Myron A. McMillan,* Assistants Attorney General, for defendants-appellees. Reported at 403 Mich *ante,* p 149.


State Bar Grievance Administrator v Jaques. (Docket No. 58697.) Upon receiving and filing the mandate of the Supreme Court of the United States in this cause, which directs the vacation of the judgment of this Court and remands for further consideration in light of *Ohralik v Ohio State Bar Ass'n,* 436 US 447; 98 S Ct 1912; 56 L Ed 2d 444 (1978), it is hereby ordered that this Court's judgment orders of October 24, 1977 and December 15, 1977 (401 Mich 516 and 402 Mich 955) in this cause are vacated and the clerk is directed to place this cause on the first available session for argument and submission. The parties may file further briefs within the time limits prescribed by GCR 1963, 857.2 and 857.3 and may supplement to the extent they deem necessary, appellant's appendix which was filed here November 5, 1976.


October 11, 1978


Request for Advisory Opinion on 1978 PA 426. (Docket No. 62119.) On order of the Court, the request by the Governor for an advisory opinion filed October 10, 1978, pursuant to Const 1963, art 3, § 8, is considered and the request is hereby granted. The Attorney General is requested to brief both sides of the questions presented which are: